FILED

2008 JAN 23 PM 3:28

[illegible stamp]

BY _____ KNH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 0209 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| GEORGE LUIS QUIROZ-COTA (1), ) | Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for |
| JOSE LUIS AGUILAR-ZAMORA (2), ) | Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; |
| Defendants. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Froylan Torres-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WDK:fer:San Diego
1/18/08

Count 2

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Froylan Torres-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfredo Torres-Mejorado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

Count 4

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfredo Torres-Mejorado, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Camargo-Tapia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

3

## Count 6

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Camargo-Tapia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: January 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney