UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08cr209 IFG |
| Plaintiff | ) | CRIMINAL NO. 08mj0072 |
| | ) | ORDER |
| vs. | ) | |
| Quiroz-Cota (1) + Aguilar-Zamora (2) | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

Alfredo Torres-Mejorado

DATED: 1/24/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED
2008 JAN 24 A 11:
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk