UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 cr 209 IEG |
| Plaintiff | ) | CRIMINAL NO. 08 mj 0072 |
|  | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Quirez-Coty & Aguilar-Zamora | ) |  |
|  | ) | Booking No. |
| Defendant(s) | ) |  |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Froylan Torres-Hernandez

DATED: 1/24/08

Louisa S. Porter

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk

RECEIVED 2008 JAN 24 A 11:58 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082