```
LAW OFFICES OF ALAN E. FERGUSON
Alan E. Ferguson, Esq., State Bar No. 103677
3200 Fourth Avenue, Suite 207
San Diego, CA  92103-5716
PH: 619-299-4999
FAX: 619-299-8121
```

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Louisa S. Porter)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>George Luis Quiroz-Cota, et al.,<br><br>      Defendant. | Criminal Case No.   08cr0209-IEG<br><br>NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION AND RELEASE OF MATERIAL WITNESS: **Abel Camargo-Tapia**<br><br>HRG DATE: 02/19/2008<br>TIME:    2:00 p.m.<br>CRTRM:  H, 1st Floor<br>JUDGE:  Louisa S. Porter |

TO UNITED STATES ATTORNEY KAREN P. HEWITT, ASSISTANT UNITED STATES ATTORNEY DOUGLAS KEEHN; TO MARC BRUCE GELLER, ATTORNEY FOR DEFENDANT, GEORGE LUIS QUIROZ-COTA; AND TO STEVEN HUBACHEK, ATTORNEY FOR DEFENDANT, JOSE LUIS AGUILAR-ZAMORA:

PLEASE TAKE NOTICE that on February 19, 2008, at 2:00 p.m., counsel will move this Court for an order to take the video deposition of material witness, Abel Camargo-Tapia, and for his immediate release thereafter.

**MOTION**

Material witness, Abel Camargo-Tapia, through his counsel, Alan E. Ferguson, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C., §3144; and 18 U.S.C., §3142, hereby move this Court for an order to take his deposition by videotape and release him at the conclusion

1 of the deposition.

2     This motion is based on the notice of motion, declaration of counsel, the memorandum of points and authorities attached and filed herewith, the records of the above-titled case, and all matters submitted to the court prior to the determination of this motion.

6 Dated: February 1, 2008

7                                 By:    /S/ *Alan E. Ferguson*
                                         ALAN E. FERGUSON
8                                          Attorney for the Material Witness