Alan E. Ferguson
CA Bar No. 103677
Attorney at Law
3200 4th Ave., Ste. 207
San Diego, CA 92103-5716
Tel.: 619-299-4999

Attorney for the Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Louisa S. Porter)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08cr0209-IEG |
| Plaintiff, | ) | DECLARATION OF SERVICE |
| v. | ) | |
| | ) | Persons Served: Douglas Keehn, AUSA |
| George Luis Quiroz-Cota, et al., | ) |                            Marc Bruce Geller, CJA |
| | ) |                            Steven Hubachek, FD |
| Defendant. | ) | Date Served:    February 1, 2008 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

NOTICE OF MOTION AND MOTION FOR MATERIAL WITNESS DEPOSITION; POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESS VIDEOTAPED DEPOSITION; AND DECLARATION OF ALAN E. FERGUSON IN SUPPORT THEREOF, in the following manner:

1)   X    By e-filing the documents with the Southern District Court via CM/ECF.

Executed on February 1, 2008 at San Diego, California.


 / S / *Alan E. Ferguson*
ALAN E. FERGUSON
Attorney for the Material Witness