| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH J.M. ORABONA |
|   | Assistant United States Attorney |
| 3 | California State Bar No. 223317 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5610 |
|   | Facsimile:  (619) 235-2757 |
| 6 | Email: joseph.orabona@usdoj.gov |
| 7 | Attorneys for Plaintiff |
|   | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0209-IEG |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **NOTICE OF APPEARANCE** |
| v. | ) |  |
|  | ) |  |
| GEORGE LUIS QUIROZ-COTA (1), | ) |  |
| JOSE LUIS AGUILAR-ZAMORA (2), | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1 | Effective this date, the following attorneys are no longer associated with this case and should
2 | not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | Name
6 | None
7 | Please call me at the above-listed number if you have any questions about this notice.
8 | DATED: February 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*

JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GEORGE LUIS QUIROZ-COTA (1),  )<br>JOSE LUIS AGUILAR-ZAMORA (2),  )<br>  )<br>Defendant.  )<br>_____ ) | Case No. 08CR0209-IEG<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 5, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Marc Bruce Geller, Esq.
   Law Offices of Marc Geller
   1202 Kettner Boulevard, Suite 4200
   San Diego, California 92101-3342
   Tel:  (619) 239-9456
   Fax: (619) 239-9334
   Email: marcbgeller@aol.com
   *Lead Attorney for Quiroz-Cota*

2. Sara Marie Peloquin, Esq.
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101
   Tel:   (619) 234-8467
   Fax:  (619) 234-2666
   Email: sara_peloquin@fd.org
   *Lead Attorney for Aguilar-Zamora*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008.

/s/ **Joseph J.M. Orabona**
JOSEPH J.M. ORABONA
Assistant United States Attorney

Notice of Appearance
United States v. Quiroz-Cota et al.         3                            08CR0209-IEG