FILED
FEB 1 9 2008
[U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE LUIS QUIROZ-COTA (1),<br>JOSE LUIS AGUILAR-ZAMORA (2),<br><br>　　　　　　Defendants. | Criminal Case No. 08CR0209-IEG<br><br>I N F O R M A T I O N<br>　　(Superseding)<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Camargo-Tapia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 19, 2008

　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　/s/ Joseph J.M. Orabona
　　　　　　　　　　　　　　JOSEPH J.M. ORABONA
　　　　　　　　　　　　　　Assistant U.S. Attorney

JJO:San Diego
2/19/08