DAVID BAKER, ATTORNEY AT LAW (153445)
419 19TH St. San Diego Ca. 92102
(619)743-0121
FAX (610)238-0144

Attorney for: GEORGE QUIROZ-COTA

FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>GEORGE QUIROZ-COTA<br><br>Defendant. | 08-CR-00209-IEG<br>SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that the above-named defendant hereby substitutes DAVID BAKER as attorney of record in the above-captioned matter in lieu of MARC GELLER

Dated: 2/19/08

_____
GEORGE QUIROZ

AGREED TO:

Dated: 2/18/08

_____
DAVID BAKER

Dated: 2/18/08

_____
MARC GELLER

Page 1