DAVID BAKER 153445
Attorney at Law
419 19TH STREET
San Diego, California 92101
Telephone: (619) 743-0121
Fax: (619) 238-0144

Attorney for: GEORGE QUIROZ-COTA

FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08-CR-00209-IEG |
| Plaintiff, | ) ORDER FOR SUBSTITUTION OF ) ATTORNEY |
| vs. | ) |
| GEORGE QUIROZ-COTA | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that David Baker by substituted as attorney of record in place of MARC GELLER for Defendant GEORGE QUIROZ-COTA.

IT IS SO ORDERED

HON. IRMA E. GONZALEZ
DISTRICT COURT JUDGE

Page 1